1

2

3

4                      UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF WASHINGTON

5    STATE FARM FIRE AND CASUALTY
6    COMPANY, a corporation,
                              Plaintiff,      NO. CV-11-3048-EFS
7
              v.
8                                             **ORDER SEVERING CLAIMS AND
     CLE ELUM LOG AND TRANSFER                PARTIALLY REMANDING TO
9    STRUCTURES LLC, et al., entity           STATE COURT**
     unknown; OWEN B. WOODARD and
10   CHELSIE M. WOODARD, husband and
     wife and their marital community;
11   JOHN DOE or JANE DOE EMPLOYEES 1-
     10, and their marital
12   communities;
                              Defendants.
13
     OWEN B. WOODARD and CHELSIE M.
14   WOODARD, husband and wife and
     their marital community; and CLE
15   ELUM LOG AND TIMBER STRUCTURES,
     LLC, a Washington limited
16   liability company;

17          Defendants/Third-Party
                       Plaintiffs,
18
              v.
19
     COUNTRY INSURANCE COMPANY, a
20   foreign insurance company; GRANT
     LEARNED and "JANE DOE" LEARNED,
21   Washington State individuals and
     any marital community; and
22   LEARNED FAMILY TRUST, LLC, a
     Washington limited liability
23   company,

24          Third-Party Defendants.

25

26

ORDER OF REMAND ~ 1

1    Before the Court, without oral argument, is Third-Party Plaintiffs'

2  Motion and Memorandum for Remand, ECF No. 8, filed May 20, 2011.  Third

3  -party Plaintiffs Owen and Chelsie Woodard and Cle Elum Log and Timber

4  Structures, LLC, move the Court to remand this case to Kittitas County

5  Superior Court for lack of diversity jurisdiction.[1]  *See* 28 U.S.C. §

6  1441; *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992).

7    On June 10, 2011, the parties filed a Stipulation and Order of

8  Severance and Removal/Remand, ECF No. 17.  The parties agree that:

9         State Farm's complaint and the third-party complaint against
        Learned should be severed from the third-party complaint
10        against Country Casualty pursuant to [Federal Rule of Civil
        Procedure 42].   State Farm's complaint and the third-party
11        complaint against Learned should be remanded back to Superior
        Court of the State of Washington, Kittitas County, Case No. 10-
12        2-00206-8.  The third-party complaint against Country Casualty
        should remain in this court.

13  ECF No. 17.  The Court finds remand is appropriate.  Accordingly, **IT IS**

14  **HEREBY ORDERED**:

15    1.    Pursuant to Rule 42, State Farm's Complaint, ECF No. 1-2, and

16  the Third-Party Complaint against Learned, ECF No. 7, ¶¶ 3.21-3.24, are

17  **SEVERED** from the Third-Party Complaint against Country Casualty, *id*. ¶¶

18

19  _____

20        [1]  Third-Party Plaintiffs argue that diversity jurisdiction is

21  lacking because: 1) Third-Party Defendant Country Casualty Insurance

22  Company ("Country Casualty") failed to establish the amount-in-

23  controversy requirement, and 2) the addition of Third-Party Defendants

24  Grant Learned, Jane Doe Learned, and Learned Family Trust, LLC

25  ("Learned"), Washington citizens, destroys complete diversity.  ECF No.

26  8, at 2.

ORDER OF REMAND ~ 2

3.1-3.20.   *See* Fed. R. Civ. P. 42(b) ("For convenience, to avoid prejudice, or to expedite and economize, the court may order a separate trial of one or more separate issues, claims, crossclaims, counterclaims, or third-party claims.").

2.   State Farm's Complaint, ECF No. 1-2, and the Third-Party Complaint against Learned, ECF No. 7, ¶¶ 3.21-3.24, are **REMANDED** to the Superior Court of the State of Washington, Kittitas County, Case No. 10-2-00206-8.

3.   The parties do not waive any substantive claims or defenses.

4.   The Third-Party Complaint against Country Casualty, ECF No. 7, ¶¶ 3.1-3.20 remains before this Court.

**IT IS SO ORDERED.**   The District Court Executive is directed to enter this Order and provide copies to all counsel.

**DATED** this ___21st___ day of June 2011.


_____
                    S/ Edward F. Shea
                   EDWARD F. SHEA
              United States District Judge

Q:\Civil\2011\3048.partial.stip.remand.wpd

ORDER OF REMAND ~ 3