UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OWEN B. WOODARD and CHELSIE M. WOODARD, husband and wife and their marital community; and CLE ELUM LOG AND TIMBER STRUCTURES, LLC, a Washington limited liability company,<br><br>        Plaintiffs,<br><br>        v.<br><br>COUNTRY INSURANCE COMPANY, a foreign insurance company,<br><br>        Defendant. | NO. CV-11-3048-EFS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    On December 21, 2011, the parties filed a joint Stipulation and Order of Dismissal With Prejudice, ECF No. 24, in which they ask that this case be dismissed with prejudice and with each party to bear their own attorneys' fees and costs.

    Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a civil plaintiff may voluntarily dismiss the action by filing a stipulation of dismissal signed by all parties who have appeared. Here, the parties' joint stipulation conforms with the requirements of Rule 41(a).

//
/

ORDER * 1

Accordingly, based on the parties' stipulation, **IT IS HEREBY ORDERED**:

1. This matter is **DISMISSED**.
2. **Judgment** shall be **ENTERED** in Defendant's favor with prejudice.
3. All pending deadlines and hearings are **STRICKEN**.
4. This file shall be **CLOSED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and to close the file.

**DATED** this   3rd   day of January 2012.


                          s/Edward F. Shea
                         EDWARD F. SHEA
                  United States District Judge

Q:\Civil\2011\3048.Stip.dismiss.lc2.wpd

ORDER * 2