AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

OWEN B. WOODARD and CHELSIE M. WOODARD, husband and wife and their marital community; and CLE ELUM LOG AND TIMBER STRUCTURES, LLC, a Washington limited liability company,

                **Plaintiffs,**

    vs.

COUNTRY INSURANCE COMPANY, a foreign insurance company,

                Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-3048-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that per the Stipulation of the parties, Judgment is entered in Defendant's favor, with prejudice.

| | |
|---|---|
| January 3, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |